# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 30, 2024
Lyle W. Cayce
Clerk

No. 24-50761

―――――

Amazon.com Services LLC,

　　　　　　　　　　　　　　　*Plaintiff—Appellant*,

versus

National Labor Relations Board, A Federal Administrative Agency; Jennifer Abruzzo, *In her official capacity as the General Counsel of the National Labor Relations Board*; Lauren McFerran, *In her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *In their official capacities as Board Members of the National Labor Relations Board*; Gwynne A. Wilcox, *In their official capacities as Board Members of the National Labor Relations Board*; David M. Prouty, *In their official capacities as Board Members of the National Labor Relations Board*; Merrick Garland,

　　　　　　　　　　　　　　　*Defendants—Appellees*.

―――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:24-CV-1000

―――――――――――――――――――

UNPUBLISHED ORDER

Before Smith, Graves, and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the motion for administrative stay is GRANTED, and applies to proceedings in both the district court as well as the referenced "ongoing NLRB proceedings;"

IT IS FURTHER ORDERED that this matter is *sua sponte* expedited to the next available merits panel, which will set a briefing schedule and determine whether to hear oral argument;

IT IS FURTHER ORDERED that Appellant's opposed motion for injunction pending appeal, treated as a motion for a stay of the district court proceedings and an injunction of the NLRB proceedings, is carried with the case to be determined by the merits panel;

IT IS FURTHER ORDERED that the motion of Amazon National Negotiating Committee for leave to intervene is carried with the case, to be determined by the merits panel.

Nothing in this order is to be construed as a comment on the ultimate merits or on the intervention.

*Judge Graves would deny the administrative stay pending the parties' decision on whether to appeal the district court's order transferring the case.