**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**VHS ACQUISITION SUBSIDIARY NO. 7**,

       Plaintiff,

       v.

**NATIONAL LABOR RELATIONS
BOARD**, *et al.*,

       Defendants.

---

Case No. 1:24-cv-2577 (TNM)

## ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment, the Defendants'

Cross-Motion for Summary Judgment and Motion to Dismiss, the pleadings, relevant law, and

related legal memoranda in opposition and support, for the reasons set forth in the accompanying

Memorandum Opinion it is hereby

**ORDERED** that the Plaintiff's Motion for Summary Judgment is GRANTED IN PART

as to its request for a declaratory judgment that the removal restrictions for National Labor

Relations Board administrative law judges are unconstitutional.

It is further **ORDERED** and **DECLARED** that the following statutory language is

repugnant to the Constitution and therefore inoperative as applied to administrative law judges in

the National Labor Relations Board: "only for good cause and determined by the Merit Systems

Protection Board on the record after opportunity for hearing before the Board." 5 U.S.C.

§ 7521(a).  Thus it is **ORDERED** and **DECLARED** that the National Labor Relations Board

administrative law judges are governed by the following removal statute: "An action may be

taken against an administrative law judge appointed under section 3105 of this title by the

agency in which the administrative law judge is employed."  5 U.S.C. § 7521(a).

       **SO ORDERED**.

       The Clerk of the Court is requested to close the case.  This is a final, appealable Order.

Dated: December 10, 2024                          TREVOR N. MCFADDEN, U.S.D.J.